

**CT Corporation**
**Service of Process Notification**
03/26/2025
CT Log Number 548737226

## Service of Process Transmittal Summary

**TO:**    Howard Harris, Secretary
BMW of North America, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731

**RE:**    **Process Served in California**

**FOR:**    BMW of North America, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:**    Re: GIANT ROC IMPORT & EXPORT INC // To: BMW of North America, LLC

**CASE #:**    25CU015069N

**NATURE OF ACTION:**    Product Liability Litigation - Lemon Law

**PROCESS SERVED ON:**    C T Corporation System, GLENDALE, CA

**DATE/METHOD OF SERVICE:**    By Process Server on 03/26/2025 at 13:14

**JURISDICTION SERVED:**    California

**ACTION ITEMS:**    CT will retain the current log

Image SOP

Email Notification,  Diane Carbone  Diane.Carbone@bmwna.com

Email Notification,  Gino Palacios  gino.palacios@bmwna.com

Email Notification,  WR Litigation  WR_LITIGATION@bmwna.com

Email Notification,  Annette Fabrizi  annette.fabrizi@bmwna.com

**REGISTERED AGENT CONTACT:**    C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
877-564-7529
MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Wed, Mar 26, 2025
**Server Name:**                             Jimmy Lizama

| Entity Served | BMW OF NORTH AMERICA, LLC |
|---|---|
| Case Number | 25CU015069N |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
3/21/2025 11:38:05 AM

Clerk of the Superior Court
By J. Gelfarb          ,Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BMW OF NORTH AMERICA, LLC, AND DOES 1-100 INCLUSIVE.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GIANT ROC IMPORT & EXPORT INC.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Diego County - North County Division
325 S. Melrose Drive
Vista CA 92081

**CASE NUMBER:**
*(Número del Caso):*
25CU015069N

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Yoseph Rixit 333263          (626) 517-1000
301 N Lake Ave, FL 6 Suite 71 Pasadena, California 91101

DATE:          Clerk, by          , Deputy
*(Fecha)* March 24, 2025          *(Secretario)* J. Gelfarb          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*          BMW of North America, LLC

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):*   Corp. Code 17701.16, LLC
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
3/21/2025 11:38:05 AM

Clerk of the Superior Court
By J. Gelfarb          ,Deputy Clerk

YOSEPH RIXIT (SBN 333263)
ALEN OVSEPYAN (SBN 337143)
**PEAK LEGAL, APC**
301 N Lake Ave, Fl 6, Suite 71
Pasadena, California 91101
Telephone:   (626) 517-1000
Facsimile:   (949) 666-9074
yoseph@peaklegalca.com
Attorneys for *Plaintiff*,
GIANT ROC IMPORT & EXPORT INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| GIANT ROC IMPORT & EXPORT INC., | **CASE NO.**  25CU015069N |
| Plaintiff(s), | **COMPLAINT FOR DAMAGES** |
| vs. | 1. BREACH OF IMPLIED WARRANTY |
| BMW OF NORTH AMERICA, LLC, AND DOES 1-100, INCLUSIVE. | 2. BREACH OF EXPRESS WARRANTY |
| Defendant(s). | 3. VIOLATION OF THE SONG BEVERLY CONSUMER WARRANTY ACT |
| | 4. VIOLATION OF SUBDIVSION (B) OF CIVIL DOE SECTION 1793.2 |
| | [JURY DEMANDED] |
| | [UNLIMITED CIVIL] |

Plaintiff GIANT ROC IMPORT & EXPORT INC. ("Plaintiff") alleges as follows:

## GENERAL ALLEGATIONS

### (Against All Defendants)

1.    Plaintiff was a resident of the State of California at all relevant times herein.

2.    Defendant BMW OF NORTH AMERICA, LLC (hereinafter "Defendant" and/or "Defendants") is/are authorized to do business in California, with an agent for service of process in California.

3.     Defendants designs, manufactures, constructs, assembles, markets, distributes, and sells motor vehicles and components.

4.     The true names and capacities, whether individual, corporate, associate or otherwise, of the DOE defendants are unknown to Plaintiff and are therefore sued by fictitious names. Plaintiff will amend the complaint to insert the true names when known. Plaintiff alleges that the DOE defendants are also responsible for the wrongful acts alleged, and therefore liable to Plaintiff. Reference to a named defendant, to "Defendant", or "Defendants" refers to all names and DOE defendants.

5.     Defendants were the agents, employees and co-conspirators engaged in the acts and/or conduct alleged, acted at least in part within the course and scope of this agency and/or employment, and with the permission and consent of the other defendants. Plaintiff is informed and believes, and thereon alleges that all of the facts alleged below are ratified by other defendants.

6.     On or about March 17, 2023, Plaintiff leased a new 2023 BMW X7 XDRIVE401 5UX23EMOXP9R71163 (hereinafter "VEHICLE") from Defendant's authorized dealership for personal, family, and/or household purposes. Defendant provided an express written warranty relating to the VEHICLE. The VEHICLE is a consumer good as defined in the Song and Beverly Act.

7.     At the time the VEHICLE was delivered to Plaintiff, the VEHICLE has not been in a merchantable condition, is not safe, and does not conform to the quality and safety guidelines reasonably expected of a motor vehicle.

8.     In the time period that followed and during the warranty period, the VEHICLE failed an unreasonable amount of times, did not function properly, and was not safe or reliable due to brake system defects and/or other substantial defects.

9.     The problems with the VEHICLE which were experienced by Plaintiff were not result of any misuse on the part of Plaintiff, and were not the result of any modifications, if any, made to the VEHICLE.

1  10.    Plaintiff presented the VEHICLE for repair an unreasonable amount of times to the

2  Defendant(s) authorized repair facility(s).

3  11.    Plaintiff is informed and believes, and thereon alleges that the Defendants are both jointly

4  and severally liable for Plaintiff's damages.

5  12.    The defects with the VEHICLE are substantial non-conformities that impacted the

6  VEHICLES use, value, and/or safety.

7                **FIRST CAUSE OF ACTION - BREACH OF IMPLIED WARRANTY**

8                                **(Against All Defendants)**

9  13.    Plaintiff incorporates by reference paragraphs 1 to 12 as though fully set forth.

10  14.    At the time Plaintiff leased the VEHICLE, Defendants impliedly warranted the

11  VEHICLE was of merchantable quality and that it was fit for its intended use.

12  15.    Defendants breached the implied warranty in that the VEHCILE was not of

13  merchantable quality, and not fit for its intended use.

14  16.    The VEHICLE contained multiple manufacturer defects; including defects in assembly,

15  design defects, and other defects, rendering the vehicle unsafe and making it impossible for

16  Plaintiff to use the vehicle without inconvenience, failure, and mechanical breakdown.

17  17.    As a direct and proximate result of Defendants' breach, the VEHICLE is virtually

18  useless due to the frequency of breakdown, the safety hazards associated with using the vehicle,

19  and the amount of time the vehicle was out of service due to repair attempts.

20  18.    Plaintiff demanded that Defendants repurchase the VEHICLE pursuant to California

21  Law, however Defendants willfully refused.

22  19.    Plaintiff suffered incidental and consequential damages as a result of the breach.

23  20.    Plaintiff seeks reimbursement for the cost of purchasing, financing, and owning the

24  VEHICLE, repairing the VEHICLE, attorneys fees and costs in an amount proved at trial.

25                **SECOND CAUSE OF ACTION - BREACH OF EXPRESS WARRANTY**

26                                **(Against All Defendants)**

27  21.    Plaintiff incorporates by reference paragraphs 1 to 12 as though fully set forth.

28

22.    Defendants expressly warranted that the VEHICLE was merchantable, safely designed, assembled and fit for the purpose it was intended.

23.    Defendants breached the express warranty since the VEHICLE was not merchantable, safely designed, properly assembled, or fit for its intended purpose.

24.    Subsequent to Plaintiff purchasing/leasing the VEHICLE, Plaintiff complained on several occasions the VEHICLE was not functioning properly. Plaintiff made reasonable attempts to have the VEHICLE repaired, however said Defendants did not properly repair the VEHICLE within a reasonable time frame.

25.    As a direct and proximate result of Defendants' breach, the value of the VEHICLE is substantially less than reasonable expected by Plaintiff.

26.    Plaintiff requested Defendants to repurchase the VEHICLE pursuant to California Law, however Defendants willfully refused, justifying an award of civil penalty pursuant to *California Civil Code Section 1794*.

27.    Plaintiff suffered incidental and consequential damages as a result of the breach.

28.    Pursuant to *California Civil Code Section 1794*, Plaintiff also seeks reimbursement for the cost of purchasing, financing, and owning the VEHICLE, recission of the purchase of the VEHICLE, attorneys fees and costs, and civil penalty in an amount proved at trial.

### THIRD CAUSE OF ACTION

### VIOLATION OF SONG BEVERLY CONSUMER WARRANTY ACT

### (Against All Defendants)

29.    Plaintiff incorporates by reference paragraphs 1 to 12 as though fully set forth.

30.    The Song Beverly Consumer Warranty Act provides that parties making express warranties with regard to consumer goods shall conform to the federal standards for disclosure of warranty terms set forth in the Magnuson-Moss Warranty Federal Trade Commission Improvement Act (15 U.S.C. § 2301 et seq.).

31.    Under *California Civil Code Section 1793.2(d)(1)*, if the manufacturer or its representative does not service or repair the goods to conform to applicable express warranties after a reasonable

4

**COMPLAINT FOR DAMAGES**

1  number of attempts, the manufacturer shall either replace the goods or reimburse the buyer in an

2  amount equal to the lease/purchase price paid by the buyer, and/or loan payments and down

3  payment paid by buyer, less the amount directly attributable to use by the buyer prior to discovery

4  of the nonconformity.

5  32.    *California Civil Code Section 1794(b)(2)* provides the measure of damages under the Song

6  Beverly Consumer Warranty Act is the right of replacement and reimbursement and the cost of

7  repair necessary to make the consumer goods conform.

8  33.    The intent of the Song Beverly Act is to protect consumers from warranty fraud and hold

9  manufacturers accountable for their defective products.

10  34.    Defendants violated the Act by not repairing Plaintiff's VEHICLE after a reasonable

11  number of attempts.

12  35.    Defendants did not conform the VEHICLE to its express warranty after a reasonable

13  number of repair attempts. The VEHICLE still does not conform to its warranty.

14  36.    Under the Song Beverly Act, if a manufacturer of a vehicle is unable to repair a vehicle

15  after a reasonable number of repair attempts, the manufacturer of the vehicle, upon demand from

16  the consumer, must reimburse the consumer for the cost of purchasing and owning the vehicle.

17  37.    Defendants were unable to repair Plaintiff's VEHICLE after a reasonable number of repair

18  attempts. Plaintiff demanded that Defendants repurchase the VEHICLE, however Defendants

19  willfully refused in violation of the Song Beverly Act.

20  38.    Pursuant to *California Civil Code Section 1794*, Plaintiff also seeks reimbursement for the

21  cost of purchasing, financing, and owning the VEHICLE, rescission of the purchase of the

22  VEHICLE, attorneys fees and costs, and civil penalty in an amount proved at trial.

23  WHEREFORE, Plaintiff prays for the following:

24  ## FOURTH CAUSE OF ACTION

25  ## VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2

26  ### (Against All Defendants)

27  39.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth

28

1   above.

2   40.    Although Plaintiff presented the VEHICLE to Defendant's representative in this state,

3   Defendant and its representative failed to commence the service or repairs within a reasonable

4   time and failed to service or repair the VEHICLE so as to conform to the applicable warranties

5   within 30 days, in violation of Civil Code section 1793.2, subdivision (b). Plaintiff did not

6   extend the time for completion of repairs beyond the 30-day requirement.

7   41.    Plaintiff has been damaged by Defendant's failure to comply with its obligations

8   pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to

9   Civil Code section 1794.

10   42.    Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the VEHICLE,

11   and has exercised a right to cancel the lease. By serving this Complaint, Plaintiff does so again.

12   Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1),

13   including the entire contract price. In the alternative, Plaintiff seeks the remedies set forth in

14   California Civil Code section 1794(b)(2), including the diminution in value of the VEHICLE

15   resulting from its defects. Plaintiff believes that, at the present time, the

16   VEHICLE's value is *de minimis*.

17   43.    Defendant's failure to comply with its obligations under Civil Code section 1793.2(b)

18   was willful, in that Defendant and its representative were aware that they were obligated to

19   service or repair the VEHICLE to conform to the applicable express warranties within 30 days,

20   yet they failed to do so. Accordingly, Plaintiff is entitled to a civil penalty of two times

21   Plaintiff's actual damages pursuant to Civil Code section 1794(c).

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27

28

**PRAYER**

1. Actual damages according to proof;

2. Civil penalty of two times actual damage;

3. Incidental damages according to proof;

4. Consequential damages according to proof;

5. Reasonable attorney's fees according to proof;

6. Costs of suit and expenses according to proof;

7. Other relief the Court deems proper.


**JURY TRIAL DEMANDED**

Plaintiff demands trial by jury of all issues so triable.


Date: March 21, 2025                              **PEAK LEGAL, APC**


By: Yoseph Rixit
Attorney for Plaintiff,
GIANT ROC IMPORT & EXPORT INC.

**COMPLAINT FOR DAMAGES**

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Yoseph Rixit 333263<br>Peak Legal, APC<br>301 N Lake Ave, FL 6 Suite 71 Pasadena, California 91101<br>TELEPHONE NO.: (626) 517-1000   FAX NO.: (949)666-9074<br>EMAIL ADDRESS: yoseph@peaklegalca.com<br>ATTORNEY FOR *(Name):* Pengfei Lie | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**3/21/2025 11:38:05 AM**<br><br>Clerk of the Superior Court<br>By J. Gelfarb          ,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 325 S. Melrose Drive
MAILING ADDRESS: 325 S. Melrose Drive
CITY AND ZIP CODE: Vista 92081
BRANCH NAME: San Diego County - North County Division

CASE NAME:
Giant ROC Import & Export Inc. v. BMW of North America, LLC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 25CU015069N |
|---|---|---|
| [x] **Unlimited**    [ ] **Limited**<br>(Amount      (Amount<br>demanded     demanded is<br>exceeds $35,000)   $35,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [x] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Mass tort (40) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Product liability (24) | **Real Property** | [ ] Insurance coverage claims arising from the |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | above listed provisionally complex case |
| [ ] Other PI/PD/WD (23) | condemnation (14) | types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* 4
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 3/21/2025

Yoseph Rixit
        (TYPE OR PRINT NAME)          ►     *Yoseph Rixit*
                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.      **Page 1 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]        **CIVIL CASE COVER SHEET**        Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition